1  KATHARINE H. PARKER, pro hac admission pending
   kparker@proskauer.com
2  PROSKAUER ROSE LLP
   1585 Broadway
3  New York, NY 10036-8299
   Telephone: 212.969.3000
4  Fax: 212.969.2900

5  HAROLD M. BRODY, SBN 84927
   hbrody@proskauer.com
6  PROSKAUER ROSE LLP
   2049 Century Park East, Suite 3200
7  Los Angeles, CA 90067
   Telephone: 310.557.2900
8  Fax: 310.557.2193

9  Attorneys for Defendants
   CENDANT CORPORATION SHORT
10 TERM DISABILITY PLAN and
   CENDANT CORPORATION LONG
11 TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. STEPHEN WILEY, | Case No. C09-00423 CRB |
| Plaintiff, | |
| vs. | STIPULATION EXTENDING TIME TO ANSWER |
| CENDANT CORPORATION SHORT TERM DISABILITY PLAN and CENDANT CORPORATION LONG TERM DISABILITY PLAN | Action Filed: January 29, 2009 |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the respective parties hereto, pursuant to L.R. 6-1(a), that the time for Defendants Cendant Corporation Short Term Disability Plan and Cendant Corporation Long Term Disability Plan to appear, answer, move or otherwise respond to Plaintiff's Complaint, shall be extended to and include March 23, 2009.

STIPULATION EXTENDING TIME TO ANSWER

| | | |
|---|---|---|
| 1 | DATED: February 23, 2009<br>LEWIS, FEINBERG, LEE, RENAKER &<br>JACKSON, P.C. | PROSKAUER ROSE LLP |
| 2 | | |
| 3 | | |
| 4 | By: _/s/_____<br>Teresa Renaker, Cal. Bar. No. 187800 | _/s/_____<br>Harold M. Brody |
| 5 | Nina Wasow, Cal. Bar No. 242047<br>Attorneys for Plaintiff J. Stephen Wiley | Katharine H. Parker<br>Attorneys for Defendant, |
| 6 | 1330 Broadway, Suite 1800<br>Oakland, CA 94612 | CENDANT CORPORATION SHORT TERM<br>DISABILITY PLAN and CENDANT |
| 7 | Telephone:  (510) 839-6824<br>Facsimile:  (510) 839-7839 | CORPORATION LONG TERM DISABILITY<br>PLAN |
| 8 | trenaker@lewisfeinberg.com<br>nwasow@lewisfeinberg.com | |

**IT IS SO ORDERED**

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

**STIPULATION EXTENDING TIME TO ANSWER**