KATHARINE H. PARKER, *Admitted Pro Hac Vice*
kparker@proskauer.com
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Telephone: 212.969.3000
Fax: 212.969.2900

HAROLD M. BRODY, SBN 84927
hbrody@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: 310.557.2900
Fax: 310.557.2193

Attorneys for Defendant,
CENDANT CORPORATION SHORT
TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. STEPHEN WILEY,<br><br>Plaintiff,<br><br>vs.<br><br>CENDANT CORPORATION SHORT TERM DISABILITY PLAN and CENDANT CORPORATION LONG TERM DISABILITY PLAN<br><br>Defendants. | Case No. C09-00423 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND**<br><br>Action Filed: January 29, 2009 |

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the respective parties hereto, pursuant to L.R. 6-1(a), that the time for Defendants Cendant Corporation Short Term Disability Plan and Cendant Corporation Long Term Disability Plan to appear, answer, move or otherwise respond to Plaintiff's Complaint, shall be extended to and include April 10, 2009.

**STIPULATION EXTENDING TIME TO RESPOND**

```
1  DATED: March 12, 2009
2  LEWIS, FEINBERG, LEE, RENAKER &
3  JACKSON, P.C.
4
5  By: _____
       Teresa Renaker, Cal. Bar. No. 187800
       Nina Wasow, Cal. Bar No. 242047
6  Attorneys for Plaintiff J. Stephen Wiley
7  1330 Broadway, Suite 1800
   Oakland, CA 94612
8  Telephone: (510) 839-6824
   Facsimile: (510) 839-7839
9  trenaker@lewisfeinberg.com
   nwasow@lewisfeinberg.com
10
11 GORDAN & REES LLP
12
13 By: _____
       Ronald K. Alberts, Cal. Bar. No. 100017
14 Attorneys for Defendant,
   CENDANT CORPORATION LONG TERM
15 DISABILITY PLAN
   633 West Fifth Street, Suite 4900
16 Los Angeles, CA 90071
   Telephone: (213) 576-5000
17 Fax: (213) 680-4470
   ralberts@gordonrees.com
18
19
20 PROSKAUER ROSE LLP
21
22 By: _____
       Harold M. Brody
23     Katharine H. Parker
   Attorneys for Defendant,
24 CENDANT CORPORATION SHORT TERM
   DISABILITY PLAN
25
26
27
28
                              2
```

1  [~~PROPOSED~~] ORDER

2  Having read and considered the Stipulation of the parties, and good cause appearing
3  therein,
4  IT IS HEREBY ORDERED that Defendants' time to answer, move or otherwise respond
5  to Plaintiff's Complaint is hereby extended to and including April 10, 2009.

6
7
8  Dated: March 20, 2009



0235/76946.001
CURRENT/13606290v2

[PROPOSED] ORDER EXTENDING TIME TO RESPOND