AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### NORTHERN District of CALIFORNIA, SAN FRANCISCO/OAKLAND DIVISION

J. STEPHEN WILEY

                Plaintiff (s),

V.

CENDANT CORPORATION SHORT TERM DISABILITY PLAN and CENDANT CORPORATION LONG TERM DISABILITY PLAN,

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C09-00423 CRB

Notice is hereby given that, subject to approval by the court, __CENDANT Long Term Disability Plan__ substitutes
                                                                          (Party (s) Name)

__Ronald K. Alberts__, State Bar No. __100017__ as counsel of record in
(Name of New Attorney)

place of __Katharine H. Parker.__
                                                 (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | GORDON & REES |
| Address: | 633 West Fifth Street, Suite 4900, Los Angeles, CA 90071 |
| Telephone: | (213) 576-5000    Facsimile (213) 680-4470 |
| E-Mail (Optional): | ralberts@gordonrees.com |

I consent to the above substitution.

Date:    ~~March~~ April 13, 2009                               _Rosalie J. Shoeman_ Secretary
                                                                               (Signature of Party (s))
                                                                               CENDANT Long Term Disability Plan

I consent to being substituted.

Date:    March   , 2009                                   _Katharine H. Parker_
                                                                          (Signature of Former Attorney (s))
                                                                  Katharine H. Parker

I consent to the above substitution.
Date:    March 12, 2009                                   _Ronald K. Alberts_
                                                                      (Signature of New Attorney)
                                                                Ronald K. Alberts

The substitution of attorney is hereby approved and so ORDERED.

Date:    __April 14, 2009__

*IT IS SO ORDERED — Judge Charles R. Breyer* (court seal)

(Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.)

MGT/1010110/6422975v.1