1  KATHARINE H. PARKER, *Admitted Pro Hac Vice*
   kparker@proskauer.com
2  PROSKAUER ROSE LLP
   1585 Broadway
3  New York, NY 10036-8299
   Telephone: 212.969.3000
4  Fax: 212.969.2900

5  HAROLD M. BRODY, SBN 84927
   hbrody@proskauer.com
6  PROSKAUER ROSE LLP
   2049 Century Park East, Suite 3200
7  Los Angeles, CA 90067
   Telephone: 310.557.2900
8  Fax: 310.557.2193

9  Attorneys for Defendant
   CENDANT CORPORATION
10 SHORT TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| J. STEVEN WILEY, | ) Case No. C09-00423 CRB |
|---|---|
| Plaintiff, | ) |
| vs. | ) [PROPOSED] ORDER EXTENDING TIME TO RESPOND |
| CENDANT CORPORATION SHORT TERM DISABILITY PLAN and CENDANT CORPORATION LONG TERM DISABILITY PLAN | ) |
| Defendants. | ) Action Filed: January 29, 2009 |

0235/76946-005
Current/14366045v1

[PROPOSED] ORDER EXTENDING TIME TO RESPOND

# [~~PROPOSED~~] ORDER

Having read and considered the Stipulation of the parties, and good cause appearing therein,

IT IS HEREBY ORDERED that Defendant Cendant Corporation Short Term Disability Plan's time to answer, move or otherwise respond to Plaintiff's Complaint is hereby extended to and including April 30, 2009.

Dated: April 27, 2009



_____
Hon. Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer