KATHARINE H. PARKER, *Admitted Pro Hac Vice*
kparker@proskauer.com
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Telephone: 212.969.3000
Fax: 212.969.2900

HAROLD M. BRODY, SBN 84927
hbrody@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: 310.557.2900
Fax: 310.557.2193

Attorneys for Defendant
CENDANT CORPORATION
SHORT TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. STEVEN WILEY,<br><br>    Plaintiff,<br><br>    vs.<br><br>CENDANT CORPORATION SHORT TERM DISABILITY PLAN and CENDANT CORPORATION LONG TERM DISABILITY PLAN<br><br>    Defendants. | Case No. C09-00423 CRB<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND<br><br>Action Filed: January 29, 2009 |

0235/76946-005
Current/14475574v1

[PROPOSED] ORDER EXTENDING TIME TO RESPOND

# [PROPOSED] ORDER

Having read and considered the Stipulation of the parties, and good cause appearing therein,

IT IS HEREBY ORDERED that Defendant Cendant Corporation Short Term Disability Plan's time to answer, move or otherwise respond to Plaintiff's Complaint is hereby extended to and including May 15, 2009.

Dated:  May  04 , 2009



_____
Hon. Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer