KATHARINE H. PARKER, *Admitted Pro Hac Vice*
kparker@proskauer.com
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Telephone: 212.969.3000
Fax: 212.969.2900

HAROLD M. BRODY, SBN 84927
hbrody@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: 310.557.2900
Fax: 310.557.2193

Attorneys for Defendant,
CENDANT CORPORATION SHORT
TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. STEVEN WILEY,<br><br>    Plaintiff,<br><br>vs.<br><br>CENDANT CORPORATION SHORT TERM DISABILITY PLAN and CENDANT CORPORATION LONG TERM DISABILITY PLAN<br><br>    Defendants. | Case No. C09-00423 CRB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Action Filed: January 29, 2009 |

    This Stipulation is made by and between plaintiff J. Steven Wiley ("Wiley") and defendant Cendant Short Term Disability Plan ("the Short Term Plan") as follows:

    WHEREAS, Wiley desires to dismiss his claims against the Short Term Plan with prejudice;

    THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Wiley and the Short Term Plan, through their respective and undersigned counsel, that:

**STIPULATION OF DISMISSAL WITH PREJUDICE**

1. Claims against the Short Term Plan in the above-captioned action are hereby dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Wiley and the Short Term Plan shall each bear his or its own costs and attorneys' fees in connection with Wiley's claims against the Short Term Plan.

DATED: May 12, 2009

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By: /s/ Nina Wasow
Teresa Renaker
Nina Wasow
Attorneys for Plaintiff J. Steven Wiley
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
trenaker@lewisfeinberg.com
nwasow@lewisfeinberg.com

DATED: May 12, 2009

PROSKAUER ROSE LLP

By: /s/ Katherine H. Parker
Katherine H. Parker
Harold M. Brody
Attorneys for Defendant,
CENDANT CORPORATION SHORT TERM DISABILITY PLAN

2

STIPULATION OF DISMISSAL WITH PREJUDICE

**[PROPOSED] ORDER**

Having read and considered the Stipulation of the parties, and good cause appearing therein,

IT IS HEREBY ORDERED that all Plaintiff J. Steven Wiley's claims against Defendant Cendant Short Term Disability Plan in the above-captioned action are hereby dismissed with prejudice.

Dated: ~~May~~ June 2, 2009



Hon. Charles R. Breyer

[PROPOSED] ORDER