Teresa S. Renaker – CA State Bar No. 187800
Nina Wasow – CA State Bar No. 242047
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
trenaker@lewisfeinberg.com
nwasow@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J. STEVEN WILEY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CENDANT CORPORATION LONG TERM DISABILITY PLAN,<br><br>　　　　　Defendant. | Case No. 09-00423 CRB<br><br>**JOINT STIPULATION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE; [PROPOSED] ORDER THEREON** |

Pursuant to the Court's minute order of September 4, 2009, the parties now stipulate to the following briefing schedule for dispositive motions in this matter:

1.   Defendant's motion to be filed by October 9, 2009;

2.   Plaintiff's cross-motion and opposition to be filed by October 23, 2009;

3.   Defendant's opposition and reply to be filed by November 6, 2009;

4.   Plaintiff's reply to be filed by November 20, 2009.

Further, because Defendant believes that disputed issues of fact preclude summary judgment, the parties stipulate that Defendant's motion shall be brought pursuant to Fed. R. Civ. P. 52 rather than Fed. R. Civ. P. 56.

//

1  SO STIPULATED:

2  Dated: September 10, 2009                    LEWIS, FEINBERG, LEE,
                                                RENAKER & JACKSON, P.C.
3
                                         By:   /S/
4                                               Teresa S. Renaker
                                                Nina Wasow
5                                               Attorneys for Plaintiff

6
   Dated:  September 10, 2009                   GORDON & REES LLP
7
                                         By:   /S/
8                                               Ronald K. Alberts
                                                Shannon Ross
9                                               Attorneys for Defendant

10      PURSUANT TO STIPULATION, IT IS SO ORDERED.

11  Dated:  Sept. 16, 2009
                                                _____
12                                              CHARLES R. BREYER
                                                United States District Judge
13

14

15                     **Attestation Per General Order 45, §X.B**

16      I hereby attest that I have on file all holograph signatures for any signatures indicated by

17  a "conformed" signature (/S/) within this efiled document.

18      Dated: September 11, 2009                   /S/
                                                    Teresa S. Renaker

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE
[CASE NO. C09-00423 (CRB)]                                                                    2