1    RONALD K. ALBERTS (SBN:  100017)
     SHANNON L. ROSS  (SBN:  205714)
2    GORDON & REES LLP
     275 Battery Street, Suite 2000
3    San Francisco, CA  94111
     Telephone:  (415) 986-5900
4    Facsimile:  (415) 986-8054
     ralberts@gordonrees.com
5    sross@gordonrees.com

6    Attorneys for Defendant
     CENDANT CORPORATION LONG
7    TERM DISABILITY PLAN

8    TERESA S. RENAKER (SBN: 187800)
     NINA WASOW (SBN: 242047)
9    LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
     1330 Broadway, Suite 1800
10   Oakland, CA 94612
     Telephone: (510) 839-6824
11   Facsimile: (510) 839-7839
     trenaker@lewisfeinberg.com
12   nwasow@lewisfeinberg.com

13   Attorneys for Plaintiff
     J. STEPHEN WILEY

14

15                 UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17   J. STEPHEN WILEY,

18             Plaintiff,

19           v.

20   CENDANT CORPORATION LONG TERM
     DISABILITY PLAN,
21

22            Defendants.

CASE NO.  C09-00423 CRB

**STIPULATION AND REQUEST TO
CONTINUE HEARING ON CROSS-
MOTIONS FOR JUDGMENT;
[PROPOSED] ORDER THEREON**

25   TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

26         WHEREAS, the Court has given notice of the continuation of the motion hearing in this

27   case from December 4, 2009, to December 11, 2009; and

28

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

1

WHEREAS, Defendant's counsel, Ronald K. Alberts, is unavailable December 11, 2009, because he has a court-ordered mediation in Los Angeles scheduled on that date in the matter *Spanish Hills v. Aetna*, United States District Court, Central District of California, Case No. CV 09 6384-MMM (FMOx);

NOW, THEREFORE, the parties hereby jointly request that the hearing on the parties' Cross-Motions for Judgment be further continued from 10:00 a.m. on December 11, 2009 to 10:00 a.m. on December 18, 2009, or as soon thereafter as counsel may be heard.

SO STIPULATED:

November 24, 2009                    GORDON & REES LLP


                                     By   /s/
                                          Ronald K. Alberts
                                          Shannon L. Ross
                                     Attorneys for Defendant
                                     CENDANT CORPORATION LONG TERM
                                     DISABILITY PLAN


November 24, 2009                    LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.


                                     By   /s/
                                          Teresa N. Renaker
                                          Nina Wasow
                                     Attorneys for Plaintiff
                                     J. STEPHEN WILEY


[PROPOSED] ORDER

The request to continue the hearing on the motions for judgment is GRANTED and the hearing is CONTINUED to December 18, 2009, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  Nov. 30, 2009

                                     CHARLES R.
                                     United States D

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

2