1  RONALD K. ALBERTS (SBN: 100017)
   SHANNON L. ROSS (SBN: 205714)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054
   ralberts@gordonrees.com
5  sross@gordonrees.com

6  Attorneys for Defendant
   CENDANT CORPORATION LONG
7  TERM DISABILITY PLAN

8  TERESA S. RENAKER (SBN: 187800)
   NINA WASOW (SBN: 242047)
9  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
10 Oakland, CA 94612
   Telephone: (510) 839-6824
11 Facsimile: (510) 839-7839
   trenaker@lewisfeinberg.com
12 nwasow@lewisfeinberg.com

13 Attorneys for Plaintiff
   J. STEPHEN WILEY
14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17 J. STEPHEN WILEY,
                                         )
18                Plaintiff,             )
                                         )   CASE NO. C09-00423 CRB
19         v.                            )   **AMENDED**
                                         )   **STIPULATION AND REQUEST TO**
20 CENDANT CORPORATION LONG TERM         )   **CONTINUE HEARING ON CROSS-**
   DISABILITY PLAN,                      )   **MOTIONS FOR JUDGMENT;**
21                                       )   [~~PROPOSED~~] **ORDER THEREON**
                  Defendants.            )
22                                       )
                                         )
23                                       )
                                         )
24

25 TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

26         WHEREAS, the Court has given notice of the continuation of the motion hearing in this

27 case from December 4, 2009, to December 11, 2009; and

28

---

1

STIPULATION AND REQUEST TO CONTINUE HEARING ON                         CASE NO. C09-00423 CRB
CROSS-MOTIONS FOR JUDGMENT

WHEREAS, Defendant's counsel, Ronald K. Alberts, is unavailable December 11, 2009, because he has a court-ordered mediation in Los Angeles scheduled on that date in the matter *Spanish Hills v. Aetna*, United States District Court, Central District of California, Case No. CV 09 6384-MMM (FMOx);

NOW, THEREFORE, the parties hereby jointly request that the hearing on the parties' Cross-Motions for Judgment be further continued from 10:00 a.m. on December 11, 2009 to 10:00 a.m. on December 18, 2009, or as soon thereafter as counsel may be heard.

SO STIPULATED:

November 24, 2009        GORDON & REES LLP

                         By     /s/
                                Ronald K. Alberts
                                Shannon L. Ross
                         Attorneys for Defendant
                         CENDANT CORPORATION LONG TERM
                         DISABILITY PLAN

November 24, 2009        LEWIS, FEINBERG, LEE, RENAKER &
                         JACKSON, P.C.

                         By     /s/
                                Teresa N. Renaker
                                Nina Wasow
                         Attorneys for Plaintiff
                         J. STEPHEN WILEY

[PROPOSED] ORDER

The request to continue the hearing on the motions for judgment is GRANTED and the hearing is CONTINUED to ~~December 18, 2009, at 10:00 a.m.~~ January 15, 2010 at 10:00 a.m.

IT IS SO ORDERED.

Dated: Nov. 30, 2009                    _____
                                        CHARLES R. BREYER
                                        United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer