IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. STEPHEN WILEY,<br><br>  Plaintiff,<br><br>  v.<br><br>CENDANT CORPORATION SHORT<br>TERM DISABILITY PLAN, ET AL.,<br><br>  Defendant._____/ | No. C 09-00423 CRB<br><br>**JUDGMENT** |

The Court, having granted judgment for Defendant and against Plaintiff under Federal Rule of Civil Procedure 52, hereby enters judgment for Defendant as to the claims period of August 2004 through August 2006. The Court remands to the Plan the question of Plaintiff's eligibility for benefits post-August 2006.

**IT IS SO ORDERED.**

Dated: January 19, 2010



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE